
FILED
CLERK, U.S. DISTRICT COURT

FEB 27 2019

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19-0042-SVW |
| Plaintiff, | ORDER OF DETENTION |
| v. | |
| VICTOR A. OHIRI, | |
| Defendant. | |

Defendant's initial appearance on the indictment filed in this matter took place on February 27, 2019. The Court appointed Deputy Federal Public Defender Andre Townsend to represent Defendant. A detention hearing was held.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.
☒ the safety of any person or the community.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency which recommended release upon the posting of a $75,000 appearance bond with an unjustified affidavit of surety signed by the defendant's sister, and recommended conditions.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ lack of viable bail resources. The Court does not find the defendant's proposed sureties – defendant's sister and his friend – to be viable as these individuals were unable to confirm or verify defendant's residence, employment or financial resources. Defendant's sister indicated that she would only sign an appearance bond in the amount of $2,000 to $3,000 and was unwilling to post a property bond.
- ☒ extensive foreign travel, including travel to Nigeria as recently as January 2019;
- ☒ Dual citizen of Nigeria and United States;
- ☒ Family ties to Nigeria;
- ☒ alleged to have committed offenses involving the use of others' identity.

As to danger to the community:

- ☒ Allegations in the indictment suggest defendant's release would pose an economic danger as defendant is alleged to have controlled bank accounts into which fraudulent tax refund payment were deposited and from which funds were transferred to coconspirators in the United Kingdom in a scheme which resulted in a loss of $294,000.

The Court finds that there are presently no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: February 27, 2019

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE